# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. § 2243(b)- Sexual Abuse of a Ward

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY: 15 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

## DEFENDANT - U.S

RAY J. GARCIA

DISTRICT COURT NUMBER
4:21-cr-00429 YGR

FILED
Nov 02 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DOJ OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. 21-mj-71517

Name and Office of Person Furnishing Information on this form STEPHANIE M. HINDS

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) MOLLY K. PRIEDEMAN

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

NDCA

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED

Nov 02 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

RAY J. GARCIA,

4:21-cr-00429 YGR

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 2243(b) – Sexual Abuse of a Ward

/s/ *Foreperson of the Grand Jury*

A true bill.

Foreman

Filed in open court this 2 day of

November, 2021.

Ada Means
Clerk

Hon. Jacqueline Scott Corley

Bail, $ No Process

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

FILED

Nov 02 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAY J. GARCIA,<br><br>Defendant. | CASE NO. 4:21-cr-00429 YGR<br><br>VIOLATIONS:<br>18 U.S.C. § 2243(b) – Sexual Abuse of a Ward<br><br>OAKLAND VENUE |

I N D I C T M E N T

The Grand Jury charges, that at all times relevant to this Indictment:

Introductory Allegations

1. The Federal Correctional Institution, Dublin ("FCI Dublin") was a federal prison in Alameda County, California, within the Northern District of California.

2. The defendant RAY J. GARCIA ("GARCIA") was employed at FCI-Dublin as the Associate Warden.

3. Victim 1, an individual known to the Grand Jury, was an inmate at FCI Dublin, under the custodial, supervisory, and disciplinary authority of the defendant.

4. The term "sexual act" meant, among other things, the penetration, however slight, of the anal or genital opening of another by a hand or finger or by any object, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person. 18 U.S.C. § 2246(2)(C).

**COUNT ONE**
(Sexual Abuse of a Ward)

5. In approximately December 2019, in the Northern District of California, the defendant

RAY J. GARCIA

knowingly engaged in a sexual act with Victim 1; to wit, he used his finger(s) to penetrate Victim's 1's vagina, and did so with intent to gratify his sexual desire, in violation of 18 U.S.C. § 2243(b).

**COUNT TWO**
(Sexual Abuse of a Ward)

6. Between approximately December 2019 and March 2020, in the Northern District of California, the defendant

RAY J. GARCIA

knowingly engaged in a sexual act with Victim 1; to wit, he used his finger(s) to penetrate Victim's 1's vagina, and did so with intent to gratify his sexual desire, in violation of 18 U.S.C. § 2243(b).

DATED: November 2, 2021

A TRUE BILL.

/s/ *Grand Jury Foreperson*
FOREPERSON

STEPHANIE M. HINDS
Acting United States Attorney

/s/ *Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney