# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2243(b)- Sexual Abuse of a Ward
18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact
18 U.S.C. § 1001 – False Statement to a Government Agency

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY: See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

RAY J. GARCIA

DISTRICT COURT NUMBER
4:21-cr-00429-YGR

FILED
Aug 23 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): MOLLY K. PRIEDEMAN

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

**Maximum Penalties**

**18 U.S.C. § 2243(b) – Sexual Abuse of a Ward (Counts One, Two, Four)**

15 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: Life
Minimum Supervised Release term: 5 years
Mandatory Special Assessment: $5,100

**18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact (Counts Three, Five, Six, Seven)**

2 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: Life
Minimum Supervised Release term: 5 years
Mandatory Special Assessment: $5,100

**18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency (Count Eight)**

8 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: 3 years
Mandatory Special Assessment: $100

FILED
Aug 23 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

Case No. 21-cr-00429 YGR

---

UNITED STATES OF AMERICA,

V.

RAY J. GARCIA,

DEFENDANT(S).

---

# SUPERSEDING INDICTMENT

18 U.S.C. § 2243(b) – Sexual Abuse of a Ward
18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact
18 U.S.C. § 1001 – False Statement to a Government Agency

A true bill.

/s/ Foreperson of the Grand Jury
Foreman

Filed in open court this 23rd day of

August, 2022.

Clerk

Bail, $ No Process

HON. SALLIE KIM, U.S. MAGISTRATE JUDGE

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

Aug 23 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAY J. GARCIA,<br><br>Defendant. | CASE NO. 4:21-cr-00429-YGR<br><br>VIOLATIONS:<br>18 U.S.C. § 2243(b) – Sexual Abuse of a Ward<br>18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact<br>18 U.S.C. § 1001 – False Statement to a Government Agency<br><br>OAKLAND VENUE |

S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges, that at all times relevant to this Indictment:

Introductory Allegations

1. The Federal Correctional Institution, Dublin ("FCI Dublin") was a federal prison in Alameda County, California, within the Northern District of California.

2. The defendant RAY J. GARCIA ("GARCIA") was employed at FCI-Dublin as the Associate Warden or Warden.

3. Victim 1, an individual known to the Grand Jury, was a female inmate at FCI Dublin, who was serving a prison sentence.

4. Victim 2, an individual known to the Grand Jury, was a female inmate at FCI Dublin, who was serving a prison sentence.

5. Victim 3, an individual known to the Grand Jury, was a female inmate at FCI Dublin, who was serving a prison sentence.

**COUNT ONE**
(Sexual Abuse of a Ward)

6. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

7. In approximately December 2019, in the Northern District of California, the defendant

RAY J. GARCIA

while in FCI-Dublin, a Federal prison, knowingly engaged in a sexual act with Victim 1, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he digitally penetrated Victim 1's genital opening, while they were in a bathroom attached to the visitation room, in violation of 18 U.S.C. § 2243(b).

**COUNT TWO**
(Sexual Abuse of a Ward)

8. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

9. Between approximately December 2019 and March 2020, in the Northern District of California, the defendant

RAY J. GARCIA

while in FCI-Dublin, a Federal prison, knowingly engaged in a sexual act with Victim 1, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he digitally penetrated Victim 1's genital opening, while they were in a bathroom attached to the visitation room, in violation of 18 U.S.C. § 2243(b).

**COUNT THREE**
(Abusive Sexual Contact)

10. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

11. In approximately February 2020, in the Northern District of California, the defendant

RAY J. GARCIA

while in FCI-Dublin, a Federal prison, knowingly engaged in sexual contact with Victim 1, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he touched Victim 1's genitalia and breast while they were in an inmate changing stall in the visitation room, in violation of 18 U.S.C. § 2244(a)(4).

**COUNT FOUR**
(Sexual Abuse of a Ward)

12. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

13. Between approximately December 2019 and March 2020, in the Northern District of California, the defendant

RAY J. GARCIA

while in FCI-Dublin, a Federal prison, knowingly engaged in a sexual act with Victim 1, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he digitally penetrated Victim 1's genital opening while they were in a warehouse, in violation of 18 U.S.C. § 2243(b).

**COUNT FIVE**
(Abusive Sexual Contact)

14. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

15. Between approximately January 2021 and July 2021, in the Northern District of California, the defendant

RAY J. GARCIA

while in FCI-Dublin, a Federal prison, knowingly engaged in sexual contact with Victim 2, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant when he caused Victim 2 to touch his penis while they were in the laundry room, in violation of 18 U.S.C. § 2244(a)(4).

**COUNT SIX**
(Abusive Sexual Contact)

16. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

17. Between approximately January 2021 and July 2021, in the Northern District of California, the defendant

RAY J. GARCIA

while in FCI-Dublin, a Federal prison, knowingly engaged in sexual contact with Victim 2, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant touched Victim 2's breasts while inside Victim 2's cell, in violation of 18 U.S.C. § 2244(a)(4).

**COUNT SEVEN**
(Abusive Sexual Contact)

18. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

19. Between approximately March 2020 and September 2020, in the Northern District of California, the defendant

RAY J. GARCIA

while in FCI-Dublin, a Federal prison, knowingly engaged in sexual contact with Victim 3, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant when he touched Victim 3's buttocks while they were in the electrical shop, in violation of 18 U.S.C. § 2244(a)(4).

**COUNT EIGHT**
(False Statements To a Government Agency)

20. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

21. On or about July 22, 2021, in the Northern District of California, the defendant,

RAY J. GARCIA

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating that he had never asked inmates to be undressed for him at a particular time, and he had never touched an inmate inappropriately. These statements and representations were false because, as GARCIA then and there knew, he had asked multiple inmates to undress for him at a particular time and had touched Victim 1, Victim 2, and Victim 3 in a sexual manner.

It is further alleged that this offense involved offenses under Chapter 109A.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: August 23, 2022

A TRUE BILL.

/s/
FOREPERSON

STEPHANIE M. HINDS
United States Attorney

/s/ *Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney